JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GONZALEZ,<br><br>        Petitioner,<br><br>        v.<br><br>PAT L. VAZQUEZ, Warden,<br><br>        Respondent. | Case No. CV 10-9201-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 4/8/14

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE